**Dushun A. WHITE, Petitioner–Appellant,**

v.

**A.P. KANE, Respondent–Appellee.**

**No. 06–55940.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2011.*

Filed Feb. 14, 2011.

Arthur Henry Weed, Santa Barbara, CA, for the petitioner-appellant.

Heather Bushman, Deputy Attorney General, Office of the California Attorney General, Los Angeles, CA, for the respondent-appellee.

Before: D.W. NELSON, STEPHEN REINHARDT, and N. RANDY SMITH, Circuit Judges.

### ORDER

Respondent–Appellee Kane's motion to dismiss this case is granted. In light of the Supreme Court's recent decision in *Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011), Petitioner White's request for a certificate of appealability is foreclosed.

The motion to dismiss is GRANTED.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument.    *See* Fed. R.App. P. 34(a)(2).